IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY SACK,                                         No. C 14-00836 SI

       Plaintiff,                              **PRETRIAL PREPARATION ORDER**

  v.

ERESEARCH TECHNOLOGY INC,

       Defendant.
_____/

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 12, 2014  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 27, 2015.

DESIGNATION OF EXPERTS: 1/16/15; REBUTTAL: 1/30/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 27, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 13, 2015;

    Opp. Due March 27, 2015;  Reply Due April 3, 2015;

    and set for hearing no later than April 17, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 19, 2015 at 3:30 PM.

JURY  TRIAL DATE: June 1, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
No later than June 6, 2014, counsel shall request either private or court sponsored mediation. The mediation shall be completed by August 6, 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/29/14

                                          SUSAN ILLSTON
                                          United States District Judge