1  Dylan B. Carp (State Bar No. 196846)
   Scott P. Jang (State Bar No. 260191)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: carpd@jacksonlewis.com
5  E-mail: scott.jang@jacksonlewis.com
   Attorneys for Defendants
6  eRESEARCHTECHNOLOGY, INC. and
   ERT SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 NANCY SACK,                          | Case No. 3:14-cv-00836-SI
12         Plaintiff,                   | [PROPOSED] ORDER; DEFENDANTS'
                                        | REQUEST TO CONTINUE DEADLINE
13     v.                               | TO REQUEST FORM OF MEDIATION
14 eRESEARCH TECHNOLOGY, INC. ERT       | Judge: Hon. Susan Illston
   SERVICES, INC., INVIVODATA, INC. and |
15 DOES 1 through 50,                   | Date of Removal: 02/25/14
                                        | Trial Date:      June 1, 2015
16         Defendants.

On May 29, 2014, the Court ordered the parties to request either private or court sponsored mediation by June 6, 2014. Defendants desire private mediation and have requested Plaintiff's preference but as of today have not received Plaintiff's preference. Accordingly, Defendants request a one-week extension until June 13, 2014 for the parties to request either private or court sponsored mediation.

Dated: June 6, 2014                     JACKSON LEWIS P.C.

By: _____
Dylan B. Carp
Scott P. Jang
Attorneys for Defendants
eRESEARCHTECHNOLOGY, INC. and
ERT SERVICES, INC.

### [PROPOSED] ORDER

The parties are granted a one-week extension until June 13, 2014 for the parties to request either private or court sponsored mediation.

**IT IS SO ORDERED.**

Dated: June __9__, 2014          By: _____
Susan Illston
United States Magistrate Judge